# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELANIE G., | Case No. CV 18-02828-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Date: August 27, 2019

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge